**Order filed, November 21, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00776-CV
_____

**JOHN POWELL, Appellant**

**V.**

**MERYER REISWERG AND SUZANNE REISWERG, Appellee**

---

**On Appeal from the County Court at Law No 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-00059531**

---

## ORDER

The reporter's record in this case was due **September 17, 2012**, 2012. *See* Tex. R. App. P. 35.1. On October 1, 2012, this court granted the court reporters request for extension of time to file the record until November 19, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Lynnette Erskine**, the official court reporter, to file the record in this appeal **on or before December 17, 2012.  No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Lynnette Erskine** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM